UNITED STATES DISTRICT COURT

**Eastern** District of **California**

MARY HIGGINS,

Plaintiff

V.

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY
Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

CASE NUMBER: 1:06at503

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

　X  The clerk is directed to file the complaint.

　X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

ENTER this __23rd__ day of __October__, __2006__.

/s/ *Dennis L. Beck*
Signature of Judicial Officer

Dennis L. Beck, U.S. Magistrate Judge
Name and Title of Judicial Officer