1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT

6

## FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8   MARY  HIGGINS,                              Case No.  1:06-cv-1515 LJO TAG

9                        Plaintiff,             ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS TO DISMISS
10        vs.                                   ACTION WITHOUT PREJUDICE FOR
                                                FAILURE TO COMPLY WITH COURT
11   MICHAEL J. ASTRUE,[1]                      ORDERS AND TO PROSECUTE
     Commissioner of Social Security,           (Doc. 21)
12
                         Defendant.
13   _____/

14          On October 18, 2006, Plaintiff Mary Higgins (Plaintiff), through counsel, filed a complaint in

15   this Court seeking judicial review of a final decision by the Commissioner of Social Security

16   denying her application for Social Security disability benefits.  (Doc. 1).  The matter was referred to

17   the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(15).  The Court

18   issued a scheduling order on December 27, 2006, which required that Plaintiff file her opening brief

19   no later than ninety-five (95) days after Defendant lodged the administrative record.  (Doc. 7).  On

20   October 1, 2007, the Magistrate Judge ordered Plaintiff to show cause why she had not filed her

21   opening brief in light of the fact that well over 95 days had elapsed since Defendant lodged the

22   administrative record on April 18, 2007.  (Doc. 14, 19).  Plaintiff did not respond to the show cause

23   order by the October 23, 2007, deadline.  (Doc. 19; see Dkt Report).

24          On November 2, 2007, the Magistrate Judge filed Findings and Recommendations, in which

25   she recommended that this case be dismissed for failure to comply with the Court's scheduling and

26   show cause orders, and for Plaintiff's failure to prosecute the action.  (Doc. 21).  The Findings and

27   _____

28          [1]  Michael J. Astrue is substituted for his predecessor, Jo Anne B. Barnhart, as Commissioner of the Social Security
     Administration. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

1

1 Recommendations were served on all parties and contained notice that any objections were to be

2 filed within fifteen (15) days of the date of service.  (Doc. 21).  No objections have been filed.

3   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil

4 Procedure 72(b), and Local Rule 72-304, this Court has conducted a <u>de</u> <u>novo</u> review of the case.

5 Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations

6 filed on November 2, 2007, are supported by the record and by the Magistrate Judge's analysis.

7   Accordingly, IT IS HEREBY ORDERED that:

8   1.   The Findings and Recommendations, filed November 2, 2007 (Doc. 21), are ADOPTED

9 IN FULL; and

10   2.   Plaintiff Mary Higgins' Social Security action is DISMISSED WITHOUT PREJUDICE

11 for failure to comply with Court orders and to prosecute; and

12   3.   The Clerk of Court is DIRECTED to close this case.

13 IT IS SO ORDERED.

14 **Dated:** **November 27, 2007**   **/s/ Lawrence J. O'Neill**
              UNITED STATES DISTRICT JUDGE